| | |
|---|---|
| 1 | MICHAEL E. PAPPAS (SBN 130400) |
| | matt@lesnickprince.com |
| 2 | ANDREW R. CAHILL (SBN 233798) |
| | acahill@lesnickprince.com |
| 3 | DEBRA E. POLLOCK (SBN 272087) |
| | dpollock@lesnickprince.com |
| 4 | LESNICK PRINCE & PAPPAS LLP |
| | 315 W. Ninth St., Suite 705 |
| 5 | Los Angeles, California 90015 |
| | Telephone: (213) 493-6585 |
| 6 | Facsimile: (213) 493-6596 |

Attorneys for Plaintiff and Cross-Defendant Xyience Beverage Company, LLC and Cross-Defendant Big Red, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| XYIENCE BEVERAGE COMPANY, LLC, | Case No.: 2:15-cv-02513-MMM (AJWx) |
| | Honorable Margaret M. Morrow |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| STATEWIDE BEVERAGE COMPANY, INC., JEFF JAVIDZAD; PAUL EBRAHIMIAN | |
| Defendants. | |
| STATEWIDE BEVERAGE COMPANY, INC., | |
| Cross-Claimant, | Complaint Filed:   April 6, 2015 |
| v. | |
| XYIENCE BEVERAGE COMPANY, LLC; BIG RED, INC. | |
| Cross-Defendants. | |

1
NOTICE OF SETTLEMENT

TO THE COURT:

  Pursuant to Local Rule 16-15.7, Plaintiff and Cross-Defendant Xyience Beverage Company, LLC and Cross-Defendant Big Red, Inc. hereby submits this Notice of Settlement to notify the Court that the claims and cross-claims in the above-captioned matter have been settled. The terms of the settlement have been memorialized in an executed written settlement agreement. Plaintiff requests the Court grant Plaintiff until January 10, 2016 to file a dismissal or enter a stipulated judgment, which will allow for both parties to comply with the terms of the settlement agreement.

Date: November 17, 2015    LESNICK PRINCE & PAPPAS LLP


By:  /s/ Michael E. Pappas
Michael E. Pappas
Attorneys for Plaintiff Xyience Beverage Company, LLC and Cross-Defendants Xyience Beverage Company, LLC and Big Red, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is Lesnick Prince & Pappas LLP, 315 W. Ninth Street, Los Angeles, CA 90015.

I hereby certify that on November 17, 2015, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the ECF system which will send notification of such filing to the following parties:

- **Kathryn Lee Boyd**
  lboyd@bhfs.com,cfactora@bhfs.com
- **Andrew R Cahill**
  acahill@lesnickprince.com
- **Michael E Pappas**
  mpappas@lesnickprince.com,tmims@lesnickprince.com
- **Debra E Pollock**
  dpollock@lesnickprince.com
- **Sherli Shamtoub**
  sshamtoub@bhfs.com,cfactora@bhfs.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed November 17, 2015, at Los Angeles, California.

/s/ Michael E. Pappas
Michael E. Pappas

3
NOTICE OF SETTLEMENT