1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| XYIENCE BEVERAGE COMPANY, LLC, | Case No.: 2:15-cv-02513-MMM (AJWx) |
| Plaintiff, | Honorable Margaret M. Morrow |
| v. | **[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF COMPLAINT PURSUANT TO F.R.C.P. 41(A)(1)** |
| STATEWIDE BEVERAGE COMPANY, INC., JEFF JAVIDZAD; PAUL EBRAHIMIAN | |
| Defendants. | |
| STATEWIDE BEVERAGE COMPANY, INC., | |
| Cross-Claimant, | Complaint Filed:   April 6, 2015 |
| v. | |
| XYIENCE BEVERAGE COMPANY, LLC; BIG RED, INC. | |
| Cross-Defendants. | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL

1    Based on the stipulation of the parties and for good cause shown:

2         IT IS HEREBY ORDERED that the above-entitled complaint filed by

3    Xyience Beverage Company, LLC against Statewide Beverage Company, Inc.,

4    Jeff Javidzad and Paul Ebrahimian is dismissed with prejudice.

5

6    SO ORDERED.

7

8    Date: January 5  , 2016

9

10                              By: _Margaret M. Morrow_

11                              United States District Court Judge
                                Judge Margaret M. Morrow

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is Lesnick Prince & Pappas LLP, 315 W. Ninth Street, Suite 705, Los Angeles, CA 90015.

I hereby certify that on January 5, 2016, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL** with the Clerk of the Court using the ECF system which will send notification of such filing to the following parties:

- **Kathryn Lee Boyd**
  lboyd@bhfs.com,cfactora@bhfs.com
- **Andrew R Cahill**
  acahill@lesnickprince.com
- **Michael E Pappas**
  mpappas@lesnickprince.com,tmims@lesnickprince.com
- **Debra E Pollock**
  dpollock@lesnickprince.com
- **Sherli Shamtoub**
  sshamtoub@bhfs.com,cfactora@bhfs.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed January 5, 2016, at Los Angeles, California.

/s/ Michael E. Pappas

Michael E. Pappas

3
[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL