Harvey I. Saferstein
Eisner Jaffe
9601 Wilshire Blvd., #700
Beverly Hills, CA 90210
T: (310) 855-3200

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Xyience Beverage Company, LLC | 2:15-cv-02513-MMM-AJW |
| Plaintiff(s) v. | |
| Statewide Beverage Company, Inc. | MEDIATION REPORT |
| Defendant(s). | |

***Instructions:** The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): 11/13/15 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:
   - ☑ Appeared as required by Civil L.R. 16-15.5(b).
   - ☐ Did not appear as required by Civil L.R. 16-15.5(b).
     - ☐ Plaintiff or plaintiff's representative failed to appear.
     - ☐ Defendant or defendant's representative failed to appear.
     - ☐ Other:

3. Did the case settle?
   - ☑ Yes, fully, on 11/13/15 (date).
   - ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   - ☐ Yes, partially, and further facilitated discussions are **not** expected.
   - ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   - ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   _____.

Dated: January 22, 2016

_____
Signature of Mediator

Harvey I. Saferstein
Name of Mediator (print)

The Mediator is to electronically file original document.